UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA E. FARRINGTON ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-03240-RDM |
| ) | |
| v. ) | |
| ) | |
| Alejandro Mayorkas, Secretary, ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Sylvia Farrington, by and through her undersigned counsel, states the following for her opposition to Defendant, Secretary of Homeland Security's, Motion to Dismiss:

### INTRODUCTION

Defendant's 12(b)(6) motion should be denied because Plaintiff has filed an Amended Complaint as a matter of course to address alleged deficiencies identified in Defendant's Motion to Dismiss. Accordingly, the Motion to Dismiss is moot.

### LEGAL ARGUMENT

**I.   Plaintiff has filed an amended complaint, rendering Defendant's pending Motion to Dismiss moot.**

On December 10, 2021, Plaintiff filed a complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"), based upon the facts and circumstances of her former employment with Defendant. Electronic Case Filing (ECF) No. 1. On March 9, 2022, Defendant filed a Motion to Dismiss, pursuant Fed. R. Civ. P. 12(b)(6). ECF No. 15.

Fed. R. Civ. P. 15(a)(1)(B) permits a party to amend its complaint once as a matter of course so long as the amendment is made within twenty-one days of service of a responsive

1

pleading or motion under Federal Rule 12(b). Fed. R. Civ. Proc. 15(a)(1)(B). When a plaintiff amends her complaint, it renders a motion to dismiss that complaint moot. *Wultz v. Rep. of Iran*, Civ. No. 08–1460, 2009 WL 4981537 (D.D.C. Dec. 14, 2009) (citing *Myvett v. Williams,* 638 F.Supp.2d 59, 62 n. 1 (D.D.C.2009) (ruling that "[b]ecause the plaintiff filed an amended complaint after the defendants moved to dismiss the original complaint, the court denies as moot the defendants' motion to dismiss the original complaint."); *P & V Enterprises v. U.S. Army Corps of Engineers*, 466 F.Supp.2d 134, 135 n. 1 (D.D.C.2006); *Bancoult v. McNamara*, 214 F.R.D. 5, 13 (D.D.C.2003))

Because Plaintiff has filed a timely amended complaint as a matter of course, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Defendant's pending motion to dismiss should be denied as moot.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendant's pending Motion to Dismiss as moot due to Plaintiff's filing of a timely amended complaint pursuant to Fed. R. Civ. Proc. 15(a)(1)(B).

DATED: March 30, 2022                                RESPECTFULLY SUBMITTED,

Alan Lescht & Associates, P.C.

/s/    *Jessica N. Greer*
Jessica N. Greer [DC Bar #7588235]
Susan L. Kruger [DC Bar #414566]
1825 K Street, N.W., Suite 750
Washington, D.C. 20006
Tel: (202) 463-6036
Jessica.greer@leschtlaw.com
susan.kruger@leschtlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA E. FARRINGTON ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-03240-RDM |
| ) | |
| v. ) | |
| ) | |
| Alejandro Mayorkas, Secretary, ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |

## **[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Opposition to Defendant's Motion to Dismiss, it is this _____ day of _____, 2022, ORDERED, that Plaintiff's Motion is GRANTED, and it is FURTHER ORDERED, that Defendant's Motion to Dismiss is DENIED.

_____
U.S. District Court Judge