UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVIA E. FARRINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br><br>Secretary of Homeland Security,<br><br>*Defendant*. | Civil Action No. 21-3240 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant's Motion to Dismiss, ECF No. 19, the legal memoranda in support and in opposition, and the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss, ECF No. 19, is **GRANTED**; it is further

**ORDERED** that the plaintiff's complaint is dismissed without prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

Date: November 9, 2022

_____
BERYL A. HOWELL
CHIEF JUDGE