UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SYLVIA E. FARRINGTON,** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>**ALEJANDRO MAYORKAS,** )<br>**SECRETARY, DEPARTMENT OF** )<br>**HOMELAND SECURITY,** )<br>)<br>**DEFENDANT.** )<br>) | **CIVIL ACTION NO. 1:21-CV-03240-BAH** |

**NOTICE OF APPEAL**

Notice is hereby given this 8th day of January, 2023, that PLAINTIFF, SYLVIA E. FARRINGTON, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 9th day of November, 2022 [ECF 24 (Order) and 25 (Memorandum)] in favor of DEFENDANT against said PLAINTIFF granting Defendant's Motion to Dismiss [ECF 19].

DATED: January 8, 2023

RESPECTFULLY SUBMITTED,

Alan Lescht & Associates, P.C.

/s/   *Conor Ahern*
Conor Ahern [DC Bar #1686432]
Jessica N. Greer [DC Bar #7588235]
1825 K Street, N.W., Suite 750
Washington, D.C. 20006
Tel: (202) 463-6036
Conor.ahern@leschtlaw.com
Jessica.greer@leschtlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of January, 2023, I served a copy of the foregoing notice via ECF filing on:

Christina O'Tousa
christina.o'tousa@usdoj.gov
Bradley Silverman
bradley.silverman@usdoj.gov
*Attorneys for Defendant.*

/s/   *Conor Ahern*
Conor Ahern